IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR86 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGELA B. FRYE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Angela Frye has filed a Motion to Compel Discovery, filing 30. The government did not respond to this motion. Pursuant to NECrimR 12.3(b)(3):

> In the case of a motion seeking discovery or disclosure of evidence, the motion must include a statement verifying that counsel for the moving party has conferred with opposing counsel in person or by telephone in a good-faith effort to resolve by agreement the issues raised by the motion and that the parties have been unable to reach such an agreement.

This meet and confer requirement was reiterated in the progression order entered herein. See filing 14. The defendant has failed to show that she has attempted to resolve this discovery matter with the government by personal consultation and that court intervention is necessary. The filing 30 motion will therefore be denied.

IT THEREFORE HEREBY IS ORDERED: Defendant's Motion to Compel Discovery, filing 30, is denied.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge