IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR86-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANGELA B. FRYE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue sentencing (filing 83) is granted;

(2)   Defendant Angela Frye's sentencing is continued to Monday, October 31, 2005, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, **Lincoln**, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 13, 2005.                    BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge